**Order filed June 5, 2012**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00344-CV
_____

**CHARITY ANN-MARIE ABAD, Appellant**

**V.**

**JUAN ANTONIO ABAD, Appellee**

**On Appeal from the 247th District Court
Harris County, Texas
Trial Court Cause No. 2011-65652**

## O R D E R

The notice of appeal in this case was filed April 9, 2012. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **June 20. 2012.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM